970 So.2d 412 (2007)
Samuel B. SUNDARAM, Appellant,
v.
STATE of Florida, Appellee.
No. 5D07-3351.
District Court of Appeal of Florida, Fifth District.
November 13, 2007.
J. Jervis Wise, of Bjorn E. Brunvand, P.A., Clearwater, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Perez v. State, 934 So.2d 495 (Fla. 3d DCA 2005); Zelaya v. State, 891 So.2d 1192 (Fla. 3d DCA 2005).
PALMER, C.J., PLEUS and ORFINGER, JJ., concur.